File No.: 4921-002

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 19-20959 GLT |
| Glen H. Green and Esther L. Green, | : | Chapter 13 |
| Debtors, | : | Document No. |
| Glen H. Green and Esther L. Green, | : | |
| Movants, | : | |
| vs. | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondent. | : | |

## NOTARIZED AFFIDAVIT

Before me the undersigned authority personally appeared Debtors' counsel, Daniel R. White, who being duly sworn deposes and states as follows:

1. Debtors' current mailing address is: 923 Newell Road, Fayette City, PA 15438.

2. Debtors failed to comply with the current plan payment of $4,128.00 because Debtor-Husband lost his job in May 2020, and never received unemployment benefits and Debtors lost a portion of their foster care subsidy.

3. Attached hereto is documentary proof that Debtors have made payments totaling $4,128.00 by cashiers check dated October 16, 2020, since the filing of the Certificate of Default.

/s/ Daniel R. White
Daniel R. White

Sworn to before me this

30 day of November, 2020

/s/ Sheila A. Davis
Notary Public

My commission expires:

Commonwealth of Pennsylvania - Notary Seal
Sheila A. Davis, Notary Public
Fayette County
My commission expires August 15, 2023
Commission number 1350231
Member, Pennsylvania Association of Notaries

4921-002



PNC BANK
PNC Bank, National Association
Pittsburgh, Pennsylvania

CASHIER'S CHECK      No. 7999248

DATE OCTOBER 16, 2020

PAY TO THE ORDER OF   RONDA J WINNECOUR

FOUR THOUSAND ONE HUNDRED TWENTY EIGHT AND 00/100***********   $ 4,128.00

REMITTER   ESTHER GREEN   19-20959 GLT

PNC Bank, National Association
OFFICIAL SIGNATURE

⑆7999248⑆ ⑈043000096⑈ 00090 20 200⑇

to Ronda
10-16-20