## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Glen  H. Green                                    CHAPTER 13
          Esther  L. Green
                    Debtor(s)                     BKY. NO. 19-20959 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of The Money Source Inc. and index same on the master mailing list.


                    Respectfully submitted,


                    /s/ Brian C. Nicholas
                         Brian Nicholas
                         28 Dec 2020, 15:48:54, EST
                    Brian C. Nicholas, Esq. (317240)  ☑
                    Maria D. Miksich, Esq. (319383)  ☐
                    Rebecca A. Solarz, Esq. (315936)  ☐
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    412-430-3594
                    bkgroup@kmllawgroup.com