FILED
1/22/21 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** GLEN H. & ESTHER L. GREEN
- **Case Number:** 19-20959-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JANUARY 21, 2021 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

1) #56 - Trustee's Certificate of Default to Dismiss
   #62 - Response filed by Debtor with POP
   R / M #: 56 / 0

2) #59 - Amended Plan Dated 11/20/2020 (FC)
   [84 month plan - Plan confirmed on Interm basis 5/9/2019)
   (Plan confirmed on final basis 7/1/20 -After effective date of Cares act)
   R / M #: 59 / 0
   VACATED: Plan withdrawn by Debtor

**Appearances:**

Debtor: White
Trustee: Winnecour / Pail / Katz / DeSimone   Warmbrodt

Creditor:

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to $4,789, effective 2/21.
7. ____ Plan/Motion continued to ____ at ____.

8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by ____.
   Objections are due on or before ____.
   A hearing on the Amended Plan is set for ____ at ____.

9. ____ Contested Hearing: ____ at ____.
10. ____ Other: