FILED
4/13/21 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 19-20959-GLT |
| : | |
| **GLEN H. GREEN**, and : | Chapter: 13 |
| **ESTHER L. GREEN**, : | |
| : | Related to Dkt. Nos. 71, 74, and 75 |
| *Debtors*. : | |

## ORDER

This matter came before the Court upon the *Motion for Relief from Stay* [Dkt. No. 71] filed by The Money Source, Inc. and the *Responses(s)* [Dkt. Nos. 74 and 75] filed by the Debtors and the chapter 13 trustee. After a hearing on April 7, 2021 and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The *Motion for Relief from Stay* [Dkt. No. 71] is **CONTINUED** to **July 14, 2021 at 10:30 a.m.**

2. Given the substantial number of payments the Debtors previously failed to make towards their chapter 13 plan, the Court cannot conclude that any remaining equity cushion, to the extent it exists, is sufficient to afford adequate protection pending a further hearing on the motion. Accordingly, on or before **April 21, 2021**, the Debtors shall make a full plan payment of no less than $4,789 and shall timely make all plan payments thereafter.

3. If the Debtors do not comply with the requirements set forth in ¶ 2, the Court may convert the case from chapter 13 to chapter 7 or grant stay relief without further notice or hearing upon the filing of an affidavit of non-compliance by the chapter 13 trustee or The Money Source, Inc.

4. The Money Source, Inc. shall serve a copy of this *Order* on the Debtors, the chapter 13 trustee, and the United States Trustee and shall file a certificate of service within three business days.

Dated: April 13, 2021

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtors

2