FILED
4/13/21 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 19-20959-GLT |
| | : | |
| **GLEN H. GREEN**, and | : | Chapter: 13 |
| **ESTHER L. GREEN**, | : | |
| | : | Related to Dkt. Nos. 71, 74, and 75 |
| *Debtors*. | : | |
| | : | |

## ORDER

This matter came before the Court upon the *Motion for Relief from Stay* [Dkt. No. 71] filed by The Money Source, Inc. and the *Responses(s)* [Dkt. Nos. 74 and 75] filed by the Debtors and the chapter 13 trustee. After a hearing on April 7, 2021 and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The *Motion for Relief from Stay* [Dkt. No. 71] is **CONTINUED** to **July 14, 2021 at 10:30 a.m.**

2. Given the substantial number of payments the Debtors previously failed to make towards their chapter 13 plan, the Court cannot conclude that any remaining equity cushion, to the extent it exists, is sufficient to afford adequate protection pending a further hearing on the motion. Accordingly, on or before **April 21, 2021**, the Debtors shall make a full plan payment of no less than $4,789 and shall timely make all plan payments thereafter.

3. If the Debtors do not comply with the requirements set forth in ¶ 2, the Court may convert the case from chapter 13 to chapter 7 or grant stay relief without further notice or hearing upon the filing of an affidavit of non-compliance by the chapter 13 trustee or The Money Source, Inc.

        4.       The Money Source, Inc. shall serve a copy of this *Order* on the Debtors, the chapter 13 trustee, and the United States Trustee and shall file a certificate of service within three business days.

Dated: April 13, 2021

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Debtors

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-20959-GLT
Glen H. Green  Chapter 13
Esther L. Green
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 2 |
| Date Rcvd: Apr 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glen H. Green, Esther L. Green, 923 Newell Road, Fayette City, PA 15438-1159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| Daniel R. White | on behalf of Joint Debtor Esther L. Green sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Daniel R. White | on behalf of Debtor Glen H. Green sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Lauren Berschler Karl | on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com  lbkarl03@yahoo.com |
| Mario J. Hanyon | |

| District/off: 0315-2 | User: nsha | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor THE MONEY SOURCE INC. wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Sheetal Ramesh Shah-Jani
on behalf of Creditor PNC Bank  N.A. sshahjani@rascrane.com

Sheetal Ramesh Shah-Jani
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION sshahjani@rascrane.com

Stephen Russell Franks
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

Thomas Song
on behalf of Creditor THE MONEY SOURCE INC. pawb@fedphe.com

TOTAL: 12