# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>GLEN H GREEN<br>ESTHER L GREEN | CASE NO: 19-20959 GLT<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 82 & 83<br>Hearing Date: June 3, 2021<br>Hearing Time: 9:30 a.m. |

On 4/30/2021, I did cause a copy of the following documents, described below,

Notice of Modification to Confirmed Plan, Amended Chapter 13 Plan Dated April 29, 2021, and the Court's April 30, 2021, Order upon the Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail and upon all creditors listed on the attached mailing matrix         ECF Docket Reference No. 82 & 83

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/30/2021

/s/ Daniel R. White
Daniel R. White  78718

Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>GLEN H GREEN<br>ESTHER L GREEN | CASE NO: 19-20959 GLT<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 82 & 83<br>Hearing Date: June 3, 2021<br>Hearing Time: 9:30 a.m. |

On 4/30/2021, a copy of the following documents, described below,

Notice of Modification to Confirmed Plan, Amended Chapter 13 Plan Dated April 29, 2021, and the Court's April 30, 2021, Order upon the Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail and upon all creditors listed on the attached mailing matrix            ECF Docket Reference No. 82 & 83

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/30/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE BEEN RECEIPTED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03152<br>CASE 19-20959-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>PITTSBURGH<br>FRI APR 30 13-53-00 EDT 2021 | AMTRUST BANK CO DITECH<br>PO BOX 6154<br>RAPID CITY SD 57709-6154 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAVALRY PORTFOLIO SERVICES<br>500 SUMMIT LAKE DRIVESUITE 400<br>VALHALLA NY 10595-2322 | CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-2321 | CREDIT COLLECTIONS USA<br>16 DISTRIBUTOR DRIVESUITE 1<br>MORGANTOWN WV 26501-0121 |
| CM/ECF E-SERVICE<br>(+) DITECH FINANCIAL LLC<br>RAS CITRON LLC<br>130 CLINTON ROAD SUITE 202<br>FAIRFIELD NJ 07004-2927 | FIRST PREMIER BANK<br>PO BOX 5524<br>SIOUX FALLS SD 57117-5524 | STEPHEN RUSSELL FRANKS<br>MANLEY DEAS KOCHALSKI LLC<br>PO BOX 165028<br>COLUMBUS OH 43216-5028 |
| ESTHER L GREEN<br>923 NEWELL ROAD<br>FAYETTE CITY PA 15438-1159 | DEBTOR<br>GLEN H GREEN<br>923 NEWELL ROAD<br>FAYETTE CITY PA 15438-1159 | MARIO J HANYON<br>BROCK  SCOTT PLLC<br>302 FELLOWSHIP ROAD<br>SUITE 130<br>MOUNT LAUREL NJ 08054-1218 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LAUREN BERSCHLER KARL<br>PO BOX 305<br>INGOMAR PA 15127-0305 | MARINER FINANCE<br>5142 STATE ROUTE 30SUITE 102<br>GREENSBURG PA 15601-7864 |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM MD 21236-5904 | MEDEXPRESS BILLING<br>PO BOX 7964<br>BELFAST ME 04915-7900 | CM/ECF E-SERVICE<br>(+) MARIA MIKSICH<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| NEWREZ LLC DBA SHELLPOINT MORTGAGE<br>SERVICI<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | NEWELL FEDERAL CREDIT UNION<br>PO BOX 7<br>309 LONG STREET<br>NEWELL PA 15466-0007 | CM/ECF E-SERVICE<br>(+) BRIAN NICHOLAS<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 |
| CM/ECF E-SERVICE<br>(+) OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | ONE MAIN FINANCIAL<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 | PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| PNC BANK NA<br>PO BOX 94982<br>CLEVELAND OH 44101 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PENNSYLVANIA DEPT OF REVENUE
DEPARTMENT 280946
PO BOX 280946
ATTN- BANKRUPTCY DIVISION
HARRISBURG PA 17128-0946

QUANTUM3 GROUP LLC AS AGENT FOR
SECOND ROUND SUB LLC
PO BOX 788
KIRKLAND WA 98083-0788

SANTANDER CONSUMER USA
ATTN BANKRUPTCY DEPT
PO BOX 560284
DALLAS TX 75356-0284

SHEETAL RAMESH SHAH JANI
RAS CRANE LLC
10700 ABBOTTS BRIDGE ROAD
SUITE 170
DULUTH GA 30097-8461

CM/ECF E-SERVICE
(+) THOMAS SONG
PHELAN HALLINAN DIAMOND  JONES LLP
1617 JFK BOULEVARD
SUITE 1400
PHILADELPHIA PA 19103-1814

SOUTHWESTERN ENDOSCOPY CENTER
300 SPRING CREEK LANELOWER LEVEL
UNIONTOWN PA 15401-9069

SYNCHRONY BANK
25 SE 2ND AVENUESUITE 1120
MIAMI FL 33131-1506

SYNCHRONY BANK
CO OF PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

CM/ECF E-SERVICE
(+) THE MONEY SOURCE
500 S BROAD STREETSUITE 100A
MERIDEN CT 06450-6755

TRANSWORLD SYSTEMS INC
500 VIRGINIA DRIVESUITE 514
FORT WASHINGTON PA 19034-2733

TSAROUHIS LAW GROUP
21 SOUTH 9TH STREETSUITE 200
ALLENTOWN PA 18102-4861

US DEPARTMENT OF HOUSING  URBAN DEVELOPME
ATTN OFFICE OF REGIONAL COUNSEL
THE WANNAMAKER BUILDING
100 PENN SQUARE EAST--11TH FLOOR
PHILADELPHIA PA 19107-3325

UPMC PHYSICIAN SERVICES
PO BOX 1123
MINNEAPOLIS MN 55440-1123

EXCLUDE
~~DANIEL R WHITE~~
~~ZEBLEY MEHALOV  WHITE PC~~
~~18 MILL STREET SQUARE~~
~~PO BOX 2123~~
~~UNIONTOWN PA 15401-1723~~

EXCLUDE
~~RONDA J WINNECOUR~~
~~SUITE 3250 USX TOWER~~
~~600 GRANT STREET~~
~~PITTSBURGH PA 15219-2702~~

CHARLES GRIFFIN WOHLRAB
ROBERTSON ANSCHUTZ SCHNEID CRANE  PA
10700 ABBOTTS BRIDGE ROAD SUITE 170
DULUTH GA 30097-8461

ADDRESSES WITH A "+" PRESENT WERE SERVED VIA FIRST CLASS MAIL THROUGH THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

cmecf@chapter13trusteewdpa.com

Jodi L. Hause
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219

jodi.hause@phelanhallinan.com

Thomas Song
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103
215-563-7000 x31219

pawb@fedphe.com

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com

Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

mmiksich@kmllawgroup.com

(Creditor)
THE MONEY SOURCE INC.
represented by:
Mario J. Hanyon
Brock & Scott, PLLC
302 Fellowship Road
Suite 130
Mount Laurel, NJ 08054

wbecf@brockandscott.com

(Creditor)
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

claims@recoverycorp.com

(Creditor)
PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101-5570
represented by:
Sheetal Ramesh Shah-Jani
RAS Crane LLC
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097

sshahjani@rascrane.com

Karina Velter
Manley Deas Kochalski, LLC
P.O. Box 165028
Columbus, OH 43216

amps@manleydeas.com

Sheetal Ramesh Shah-Jani
RAS Crane LLC
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097

sshahjani@rascrane.com

(Creditor)
PNC BANK, NATIONAL ASSOCIATION
represented by:
Stephen Russell Franks
Manley Deas Kochalski LLC
PO Box 165028
Columbus, OH 43216-5028

amps@manleydeas.com

(U.S. Trustee)
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

ustpregion03.pi.ecf@usdoj.gov

ADDRESSES WHICH ARE NOT PRESENT WERE SERVED ON 4/30/21 SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Creditor)
NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING
P.O. Box 10826
Greenville, sc 29603-082
represented by:
Charles Griffin Wohlrab
Robertson, Anschutz, Schneid, Crane & Pa
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097

cwohlrab@raslg.com

(Debtor)
Glen H. Green
923 Newell Road
Fayette City, PA 15438
represented by:
Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401U.S.A.

dwhite@zeblaw.com

(Joint Debtor)
Esther L. Green
923 Newell Road
Fayette City, PA 15438
represented by:
Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401U.S.A.

dwhite@zeblaw.com

(Creditor)
Ditech Financial LLC
RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
represented by:
Lauren Berschler Karl
P.O. Box 305
Ingomar, PA 15127

lkarl@rascrane.com