Case 19-20959-GLT    Doc 106    Filed 11/17/21    Entered 11/17/21 16:44:47    Desc Main
Document      Page 1 of 2

FILED
11/17/21 4:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-20959-GLT |
| | : | Chapter: 13 |
| Glen H. Green | : | |
| Esther L. Green | : | |
| | : | Date: 11/17/2021 |
| Debtor(s). | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER:**  #71 - Continued Motion for Relief from Stay Filed by The Money Source, Inc.
   #74 - Response filed by Trustee
   #75 - Response filed by Debtors
   [On or before 8/31/21, Debtor to either: enter into a sales agreement with individual currently renting property at 927 Newell Rd or file App to Employ Real Estate Broker to Sell Property]
   #93 - Motion to Sell Property Filed

**APPEARANCES**:
   Debtor:   Daniel R. White
   Trustee:   Owen Katz
   Money Source: Maria Miksich

**NOTES:** [10:46am]

Miksich: We have encountered an issue with the sale. Even though we are 32 months into this plan, the debtors are 16 months behind in payments.

White: I have secured 3rd party valuations that will move this sale forward. Going forward, removal of this house will result is significant relief in the amount of payments due in this plan. I recently learned that Mr. Green is currently hospitalized after having suffered a stroke. I ask for 60 days so we can complete the sale of the house.

Court: What is the calculated plan payment if the house is sold?

White: I do not have the numbers prepared. I can say that obligations are between $1,500 and $1,600 per month for the property we are trying to sell. The plan payment right now is $4,000, so in theory, $2,500 would be much more manageable for these debtors after removing the property obligations from the debtors' payments.

Court: When are you going to file the valuations?

White: I anticipate providing a consent order in a few weeks.

Court: I want to hear from the trustee with respect to payments.

Katz: Payments in this case have been erratic. No payments were made in June and July 2021, and a double payment was made in August. Nothing was paid in September, but $1,300 was received in October.

White: Debtors were under the impression that they could not make partial payments, only full plan payments. Debtors have $6,000 of monthly income.

Court: The complexion of this case has not improved. I want to remind the parties that I have an April 2021 order that makes clear that if plan payments are not made, I will convert this case. We are perilously close to conversion. I am prepared to continue this motion for one last time to December 22. If a sale can be approved, I will expect closing to be completed expeditiously.

Miksich: I defer to the Court on continuing. I do not have authorization to consent to a continuance.

Katz: We do not feel that relief from stay would be appropriate based on the equity in this property.

Court: Let me ask this, why has the daughter not kicked up rent payments to help with the debtors' plan payment shortfalls?

White: You are asking the same questions that I have been asking.

**OUTCOME:**

1. The *Continued Motion for Relief from Stay Filed by The Money Source, Inc.* [Dkt. No. 71] is CONTINUED to December 22 at 9 a.m. [Text Order to Issue]

**DATED:** 11/17/2021