# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/23/21 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-20959-GLT |
| | : | Chapter: | 13 |
| Glen H. Green | : | | |
| Esther L. Green | : | | |
| | : | Date: | 12/22/2021 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:** #93 - Continued Motion to Sell Property Free and Clear of Liens under Section 363(f)
#97 - Response to Motion For Private Sale by Ronda J. Winnecour
#98 - Exhibit "A" Agreement of Sale Of Property
#107 - Report Appraisal of 927 Newell Road and Affidavit of Appraiser
#108 - Comparative Market Analysis
#109 - Status Report

**APPEARANCES**:
Debtor: Daniel R. White
Trustee: Owen Katz
Money Source: Denise Carlon

**NOTES:** [10:54 a.m.]

White: We had two third party affidavits that found material deficiencies on this property. The purchaser that made an offer is prepared to move forward at $135,000. The purchaser has approved financing of $120,000 with the remainder to be paid in cash.

Court: How will the proceeds be allocated?

White: There will be enough to go around with a small amount left over. If there is money remaining, the additional funds will go to the trustee.

Katz: The trustee reviewed the valuation and has elected to withdraw the objection. We will, however, hold the Debtor to a 100% plan.

Court: Is there a revised form of order that reflects this? Is the 100% plan payment language included?

White: I can submit a revised order.

Court: After review, I do find adequate proof of value. The expectation is that the value is near $143,000 (if a broker was involved). The expectation is that this will remain a 100% plan. I am prepared to approve the sale and expect a report of sale within 30 days.

Katz: I will note that there are also $444.56 in trustee fees.

Carlon: As for the continued motion for relief from stay, this is still unresolved. We have a large post-petition arrearage. We do believe that most of this will be resolved after the sale of the property. We would like to wait and see what happens after closing.

White: I agree. I would point out that the Debtor's payments are picking up over the last 5 months. The new estimated plan payment would be $2,350 as opposed to the current plan payment of $4100. There is over $100,000 of equity in this property.

Court: So you're prepared to file an amended plan after the sale?

White: Yes.

Court: I am going to continue the hearing on the stay relief motion to March 9 at 9 a.m. based on the expectation that the Debtors will close within 30 days and file an amended plan within 2 weeks of that while the Debtors continue to make plan payments. If there is an issue, the Money Source can ask for an expedited hearing to address.

**OUTCOME:**

1. The Continued Motion to Sell Property Free and Clear of Liens under Section 363(f) [Dkt. No. 93] is GRANTED. [DB to Issue Modified Order]

2. On or before January 21, 2022 at 4 p.m., the Debtor shall file a report of sale. On or before February 4, 2022 at 4 p.m., the Debtor shall file an amended plan.  [Text Order]

2. #71 - Continued Motion for Relief from Stay Filed by The Money Source, Inc. [Dkt. No. 71] is CONTINUED to March 9, 2022 at 9 a.m. [Text Order]

**DATED:** 12/22/2021