FILED
1/18/22 11:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 19-20959 GLT |
| Glen H. Green and Esther L. Green, | : | Chapter 13 |
| Debtors, | : | Document No. |
| Glen H. Green and Esther L. Green, | : | |
| Movants, | : | Related to Docket No. 93 & 119 |
| vs. | : | |
| No Respondents. | : | Motion to Extend Deadline for Real Estate Closing |

ORDER

AND NOW, this __18th__ day of January 2022, upon motion of the Debtors, the deadline to close the sale of real estate to Purchasers, Michael and Christina Cassin, is extended to February 21, 2022. The report of sale is to be filed within 10 days of closing and Debtors' amended plan is due by March 4, 2022.

Prepared by Daniel R. White, Esq.

By the Court,

_____J.
United States Bankruptcy Judge

drb