FILED
1/18/22 11:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 19-20959 GLT |
| Glen H. Green and Esther L. Green, | : | Chapter 13 |
| Debtors, | : | Document No. |
| Glen H. Green and Esther L. Green, | : | |
| Movants, | : | Related to Docket No. 93 & 119 |
| vs. | : | |
| No Respondents. | : | Motion to Extend Deadline for Real Estate Closing |

ORDER

AND NOW, this __18th__ day of January 2022, upon motion of the Debtors, the deadline to close the sale of real estate to Purchasers, Michael and Christina Cassin, is extended to February 21, 2022. The report of sale is to be filed within 10 days of closing and Debtors' amended plan is due by March 4, 2022.

Prepared by Daniel R. White, Esq.

By the Court,

_____ J.
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Glen H. Green  
Esther L. Green  
    Debtors

Case No. 19-20959-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jan 18, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glen H. Green, Esther L. Green, 923 Newell Road, Fayette City, PA 15438-1159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2022          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
         on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com

Charles Griffin Wohlrab  
         on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com

Daniel R. White  
         on behalf of Joint Debtor Esther L. Green  
         sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com

Daniel R. White  
         on behalf of Debtor Glen H. Green sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com

Lauren Berschler Karl  
         on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com lbkarl03@yahoo.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Maria Miksich
    on behalf of Creditor The Money Source Inc. mmiksich@kmllawgroup.com

Maria Miksich
    on behalf of Creditor THE MONEY SOURCE INC. mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor THE MONEY SOURCE INC. wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sheetal Ramesh Shah-Jani
    on behalf of Creditor PNC Bank N.A. sshahjani@rascrane.com

Sheetal Ramesh Shah-Jani
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION sshahjani@rascrane.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

Thomas Song
    on behalf of Creditor THE MONEY SOURCE INC. pawb@fedphe.com

TOTAL: 14