UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>GLEN H GREEN<br>ESTHER L GREEN | CASE NO: 19-20959 GLT<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>Judge: Gregory L. Taddonio, Judge<br>Hearing Location: Zoom location<br>Hearing Date: March 31, 2022<br>Hearing Time: 9:30 a.m. |

On 3/1/2022, I did cause a copy of the following documents, described below,

Notice of Proposed Modification to Confirmed Plan Dated April 29, 2021

Amended Plan Dated March 1, 2022

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/1/2022

/s/ Daniel R. White
Daniel R. White  78718
Attorney for Debtor
Zebley, Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO: 19-20959 GLT |
| GLEN H GREEN<br>ESTHER L GREEN | **CERTIFICATE OF SERVICE<br>DECLARATION OF MAILING**<br>Chapter: 13<br>Judge: Gregory L. Taddonio, Judge<br>Hearing Location: Zoom location<br>Hearing Date: March 31, 2022<br>Hearing Time: 9:30 a.m. |

On 3/1/2022, a copy of the following documents, described below,

Notice of Proposed Modification to Confirmed Plan Dated April 29, 2021

Amended Plan Dated March 1, 2022

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/1/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley, Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)/DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC RECEIPT" WERE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 19-20959 GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>TUE MAR 1 11-28-34 PST 2022 | DITECH FINANCIAL LLC<br>RAS CITRON  LLC<br>130 CLINTON ROAD  SUITE 202<br>FAIRFIELD  NJ 07004-2927 | NEWREZ LLC DBA SHELLPOINT MORTGAGE<br>SERVICI<br>PO BOX 10826<br>GREENVILLE  SC 29603-0826 |
| UNDELIVERABLE<br>(U)PNC BANK  NATIONAL ASSOCIATION | (P)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | PRA RECEIVABLES MANAGEMENT  LLC<br>PO BOX 41021<br>NORFOLK  VA 23541-1021 |
| UNDELIVERABLE<br>(U)THE MONEY SOURCE INC | THE MONEY SOURCE INC<br>14841 DALLAS PKWY SUITE 425<br>DALLAS  TX 75254-8067 | ~~EXCLUDE~~<br>~~2~~<br>~~US BANKRUPTCY COURT~~<br>~~5414 US STEEL TOWER~~<br>~~600 GRANT STREET~~<br>~~PITTSBURGH  PA 15219-2703~~ |
| AMTRUST BANK CO DITECH<br>PO BOX 6154<br>RAPID CITY  SD 57709-6154 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | CAVALRY PORTFOLIO SERVICES<br>500 SUMMIT LAKE DRIVESUITE 400<br>VALHALLA  NY 10595-2322 |
| CAVALRY SPV I  LLC<br>500 SUMMIT LAKE DRIVE  STE 400<br>VALHALLA  NY 10595-2321 | CREDIT COLLECTIONS  USA<br>16 DISTRIBUTOR DRIVESUITE 1<br>MORGANTOWN  WV 26501-0121 | FIRST PREMIER BANK<br>PO BOX 5524<br>SIOUX FALLS  SD 57117-5524 |
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | MARINER FINANCE<br>5142 STATE ROUTE 30SUITE 102<br>GREENSBURG  PA 15601-7864 | MARINER FINANCE  LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM  MD 21236-5904 |
| MEDEXPRESS BILLING<br>PO BOX 7964<br>BELFAST  ME 04915-7900 | ~~EXCLUDE~~<br>~~(D)NEWREZ LLC DBA SHELLPOINT MORTGAGE~~<br>~~SERVICI~~<br>~~PO BOX 10826~~<br>~~GREENVILLE  SC 29603-0826~~ | NEWELL FEDERAL CREDIT UNION<br>PO BOX 7<br>309 LONG STREET<br>NEWELL  PA 15466-0007 |
| ~~EXCLUDE~~<br>~~OFFICE OF THE UNITED STATES TRUSTEE~~<br>~~LIBERTY CENTER~~<br>~~1001 LIBERTY AVENUE  SUITE 970~~<br>~~PITTSBURGH  PA 15222-3721~~ | ONE MAIN FINANCIAL<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 | PNC BANK  NA<br>PO BOX 94982  CLEVELAND OH 44101 |
| ~~EXCLUDE~~<br>~~(D)(P)PNC BANK RETAIL LENDING~~<br>~~P O BOX 94982~~<br>~~CLEVELAND OH 44101-4982~~ | QUANTUM3 GROUP LLC AS AGENT FOR<br>SECOND ROUND SUB LLC<br>PO BOX 788<br>KIRKLAND  WA 98083-0788 | SANTANDER CONSUMER USA<br>ATTN  BANKRUPTCY DEPT<br>PO BOX 560284<br>DALLAS  TX 75356-0284 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D), OR VIA EMAIL. PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE BEEN SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SOUTHWESTERN ENDOSCOPY CENTER<br>300 SPRING CREEK LANE LOWER LEVEL<br>UNIONTOWN    PA 15401-9069 | SYNCHRONY BANK<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI    FL 33131-1506 | SYNCHRONY BANK<br>CO OF PRA RECEIVABLES MANAGEMENT  LLC<br>PO BOX 41021<br>NORFOLK    VA 23541-1021 |
| THE MONEY SOURCE<br>500 S BROAD STREET SUITE 100A<br>MERIDEN    CT 06450-6755 | TRANSWORLD SYSTEMS  INC<br>500 VIRGINIA DRIVE SUITE 514<br>FORT WASHINGTON    PA 19034-2733 | TSAROUHIS LAW GROUP<br>21 SOUTH 9TH STREET SUITE 200<br>ALLENTOWN    PA 18102-4861 |
| (P)US DEPARTMENT OF HOUSING  URBAN DEVELOPMENT<br>ATTN OFFICE OF REGIONAL COUNSEL<br>THE WANNAMAKER BUILDING<br>100 PENN SQUARE EAST--11TH FLOOR<br>PHILADELPHIA PA 19107-3325 | UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS    MN 55440-1123 | ~~EXCLUDE~~<br>~~DANIEL R WHITE~~<br>~~ZEBLEY MEHALOV  WHITE  PC~~<br>~~18 MILL STREET SQUARE~~<br>~~PO BOX 2123~~<br>~~UNIONTOWN    PA 15401-1723~~ |
| ESTHER L GREEN<br>923 NEWELL ROAD<br>FAYETTE CITY    PA 15438-1159 | DEBTOR<br>GLEN H GREEN<br>923 NEWELL ROAD<br>FAYETTE CITY    PA 15438-1159 | ~~EXCLUDE~~<br>~~RONDA J WINNECOUR~~<br>~~SUITE 3250  USX TOWER~~<br>~~600 GRANT STREET~~<br>~~PITTSBURGH    PA 15219-2702~~ |

ADDRESSES WHERE 1ST CLASS PRESENT WERE SERVED BASED ON SERVICE THROUGH THE UNITED STATES BANKRUPTCY
COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM

(Trustee)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

cmecf@chapter13trusteewdpa.com

(Creditor)
The Money Source Inc.
14841 Dallas Pkwy Suite 425
Dallas, TX 75254
represented by:
Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

mmiksich@kmllawgroup.com

Jodi L. Hause
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219

jodi.hause@phelanhallinan.com

Thomas Song
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103
215-563-7000 x31219

pawb@fedphe.com

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com

Maria Miksich
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

mmiksich@kmllawgroup.com

(Creditor)
THE MONEY SOURCE INC.
represented by:
Mario J. Hanyon
Brock & Scott, PLLC
302 Fellowship Road
Suite 130
Mount Laurel, NJ 08054

wbecf@brockandscott.com

(Creditor)
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

claims@recoverycorp.com

(Creditor)
PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101-5570
represented by:
Sheetal Ramesh Shah-Jani
RAS Crane LLC
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097

sshahjani@rascrane.com

Karina Velter
Hladik, Onorado & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454

kvelter@hoflawgroup.com

Sheetal Ramesh Shah-Jani
RAS Crane LLC
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097

sshahjani@rascrane.com

(Creditor)
PNC BANK, NATIONAL ASSOCIATION
represented by:
Stephen Russell Franks
Manley Deas Kochalski LLC
PO Box 165028
Columbus, OH 43216-5028

amps@manleydeas.com

ADDRESSES OF PARTIES TO BE SERVED MANUALLY (THOSE NOT PRESENTLY SERVED THROUGH UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM)

(U.S. Trustee)
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

ustpregion03.pi.ecf@usdoj.gov

(Creditor)
NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING
P.O. Box 10826
Greenville, sc 29603-082
represented by:
Charles Griffin Wohlrab
Robertson, Anschutz, Schneid, Crane & Pa
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097

cwohlrab@raslg.com

(Debtor)
Glen H. Green
923 Newell Road
Fayette City, PA 15438
represented by:
Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401U.S.A.

dwhite@zeblaw.com

(Joint Debtor)
Esther L. Green
923 Newell Road
Fayette City, PA 15438
represented by:
Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401U.S.A.

dwhite@zeblaw.com

(Creditor)
Ditech Financial LLC
RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
represented by:
Lauren Berschler Karl
P.O. Box 305
Ingomar, PA 15127

lkarl@rascrane.com