FILED
3/10/22 12:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-20959-GLT |
| | : | Chapter: | 13 |
| Glen H. Green | : | | |
| Esther L. Green | : | | |
| | : | Date: | 3/9/2022 |
| Debtor(s). | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:** #71 - Continued Motion for Relief from Stay Filed by The Money Source, Inc.
　　　　#74 - Response filed by Trustee
　　　　#75 - Response filed by Debtors
　　　　#93 - Motion to Sell Property Filed
　　　　#122 - Report of Sale

**APPEARANCES**:
　　Debtor:　　　　Daniel R. White
　　Trustee:　　　　James Warmbrodt
　　Money Source:　Brian Nicholas

**NOTES:** [9:04 a.m.]

Nicholas: The plan payment seems to be more affordable for the Debtor. Our concern is with the $18,000 arrears that have not been addressed. The modified plan only addresses pre-petition arrears.

White: There is no specific line item for post-petition arrears because it has been built into the plan.

Court: When is the objection deadline for the amended plan?

Warmbrodt: It does appear the plan payment is feasible and addresses the Money Source's concerns.

Court: Ultimately, I'm struggling to see how I would grant this motion if there was a further plan default after confirmation. Based on the equity cushion, I'm more likely to convert the case as opposed to granting stay relief.

Nicholas: That should not be a problem for my client.

Court: I'm going to deny the motion. If there are further defaults, the Court will consider converting the case as opposed to granting stay relief.

**OUTCOME:**

1. The *Continued Motion for Relief from Stay Filed by The Money Source, Inc.* [Dkt. No. 71] is DENIED. [Text Order]

**DATED:** 3/9/2022