**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Glen H. Green<br>          Esther L. Green<br><br>                              Debtor(s) | BK. NO. 19-20959 GLT<br><br>CHAPTER 13 |
| The Money Source Inc., its successors and/or assigns<br>                              Movant<br>                    v.<br>Glen H. Green<br>Esther L. Green<br><br>                              Respondent<br>                    and<br>Ronda J. Winnecour, Trustee<br><br>                              Additional Respondent | MOTION NO.<br>FILED UNDER LOCAL BANKRUPTCY<br>RULE 9013.4 SECTION 6(a) |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served or caused to be served, on <u>December 29, 2022</u>, a copy of the above Motion with attached proposed Order(s) of Court, and the Notice of Hearing filed herewith upon each of the following persons and parties in interest at the addresses shown below:

United States Trustee
Liberty Center (VIA ECF)
1001 LIberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Daniel R. White

Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401
zmwchapter13@gmail.com

Glen H. Green
923 Newell Road
Fayette City, PA 15438

Esther L. Green
923 Newell Road
Fayette City, PA 15438

Method of Service:        Mail <u>first class</u> or ECF; Specify if other:

Date:  <u>December 29, 2022</u>

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
bnicholas@kmllawgroup.com