FILED
2/7/23 10:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA**

IN RE:
Green, Glen H., Green, Esther L.
                    Debtor(s)

The Money Source Inc.

                    Movant
VS.

Green, Glen H., Green, Esther L.


                    Respondents

NO. 19-20959 GLT

Ch. 13

Related to Docs: 136, 137, 139  & 141

Hearing Date: 02/08/2023

**ORDER**

Upon consideration of the Motion filed by The Money Source Inc.  it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for February 8, 2023 at 10:00 a.m. is hereby continued for 30 days to March 8, 2023 at 10:00 a.m. via P01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh.

By the Court,

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 19-20959-GLT

Glen H. Green                                                                   Chapter 13

Esther L. Green

　　Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 07, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Glen H. Green, Esther L. Green, 923 Newell Road, Fayette City, PA 15438-1159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Feb 08 2023 00:00:00 | The Money Source Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2023                         Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |

District/off: 0315-2                          User: auto                                      Page 2 of 2
Date Rcvd: Feb 07, 2023                       Form ID: pdf900                                 Total Noticed: 2

Daniel R. White
                   on behalf of Joint Debtor Esther L. Green lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Daniel R. White
                   on behalf of Debtor Glen H. Green lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Denise Carlon
                   on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com

Lauren Berschler Karl
                   on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com  lbkarl03@yahoo.com

Maria Miksich
                   on behalf of Creditor The Money Source Inc. mmiksich@kmllawgroup.com

Maria Miksich
                   on behalf of Creditor THE MONEY SOURCE INC. mmiksich@kmllawgroup.com

Mario J. Hanyon
                   on behalf of Creditor THE MONEY SOURCE INC. wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
                   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                   cmecf@chapter13trusteewdpa.com

Sheetal Ramesh Shah-Jani
                   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION sshahjani@rascrane.com

Sheetal Ramesh Shah-Jani
                   on behalf of Creditor PNC Bank  N.A. sshahjani@rascrane.com

Stephen Russell Franks
                   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

Thomas Song
                   on behalf of Creditor THE MONEY SOURCE INC. pawb@fedphe.com


TOTAL: 16