**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>GLEN H. GREEN<br>ESTHER L. GREEN | Case No. 19-20959GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| vs. Movant<br>SANTANDER CONSUMER USA | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

VEHICLE TOTALED

| | |
|---|---|
| SANTANDER CONSUMER USA<br>PO BOX 560284<br>DALLAS, TX 75356 | Court claim# 1/Trustee CID# 6 |

The Movant further certifies that on 02/28/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| GLEN H. GREEN, ESTHER L. GREEN, 923 NEWELL ROAD, FAYETTE CITY, PA  15438 | DANIEL R WHITE ESQ, ZEBLEY MEHALOV & WHITE PC, POB 2123*, UNIONTOWN, PA 15401 |
| ORIGINAL CREDITOR: | : |
| SANTANDER CONSUMER USA, PO BOX 560284, DALLAS, TX  75356 | SANTANDER CONSUMER USA**, PO BOX 961245, FT WORTH, TX  76161-1245 |
| NEW CREDITOR: | |