Case 19-20959-GLT    Doc 148    Filed 03/09/23    Entered 03/09/23 08:32:51    Desc Main
Document    Page 1 of 1

FSC-M
3/9/23 8:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-20959-GLT |
| | : | Chapter: | 13 |
| Glen H. Green | : | | |
| Esther L. Green | : | | |
| | : | Date: | 3/8/2023 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**  #136 - Motion for Relief from Stay Filed by The Money Source, Inc.
  #139 - Debtor's Response to Motion
  #140 - Trustee's Response to Motion

**APPEARANCES**:
  Debtor: Daniel R. White
  Trustee: Owen Katz
  Money Source: Brian Nicholas

**NOTES:**  [10:21]

Nicholas: Notes the Debtor made substantial payments in past two months. Only down to $585 in arrears as of February. Asking for 30 days.

White: Debtor bringing in March payment plus arrearage to office today. Will be current very soon. Also interested in requesting ACH exception from the trustee.

Katz: Is going to look into ACH exception.

Court: Substantial equity here, not cause for stay relief.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion for Relief from Stay* [Dkt. No. 136] is DENIED without prejudice. [Text order].

**DATED:** 3/8/2023