UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Esther  Green  
923 Newell RD  
Fayette City, PA 15438

CHAPTER: 13  
CASE NUMBER: 19-20959  
CLAIM AMOUNT: $132.51

Debtors.

_____

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #7

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 5/16/2019, in the amount of $132.51.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 24th day of March, 2023.

Jefferson Capital Systems LLC

By: /s/ Karen Borgmann  
Karen Borgmann   Bankruptcy Specialist

Jefferson Capital Systems, LLC  
16 McLeland Rd  
St. Cloud, MN 56303  
(800) 928-7314

# **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Esther Green<br>923 Newell RD<br>Fayette City, PA 15438 |
| Debtor's Attorney: | Daniel White<br>PO Box 2123<br>Uniontown, PA 15401 |
| Chapter 13 Trustee: | RONDA J. WINNECOUR<br>600 GRANT STREET<br>PITTSBURGH, PA 15219 |

by submitting electronically with the court.

This 24th day of March, 2023.


Jefferson Capital Systems LLC

By: /s/ Karen Borgmann
Karen Borgmann   Bankruptcy Specialist

Jefferson Capital Systems, LLC
16 McLeland Rd
St. Cloud, MN 56303
(800) 928-7314