**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/27/2023

IN RE:

| | |
|---|---|
| GLEN H. GREEN<br>ESTHER L. GREEN<br>923 NEWELL ROAD<br>FAYETTE CITY, PA  15438<br>XXX-XX-4836          Debtor(s)<br><br>XXX-XX-0289 | Case No.19-20959 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/27/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CARE CREDIT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  6390 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:11<br>CLAIM:  14,539.45<br>COMMENT:  SOLD*CL=$78,613.05*2ND*BGN 4/19*TIMELY/CONF | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  7700 |
| **NEWELL FEDERAL CREDIT UNION***<br>POB 7<br>NEWELL, PA  15466 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  OUTSIDE/PL*DK | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  5903 |
| **ONE MAIN FINANCIAL SERVICES INC A/S/F SPR**<br>C/O ONE MAIN(*)<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:4   INT %: 5.00%<br>Court Claim Number:2<br>CLAIM:  11,850.00<br>COMMENT:  $CL-PL@5%/PL*W/19 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  1574 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:10<br>CLAIM:  5,613.39<br>COMMENT:  SOLD*CL=$41,333.20*1ST/SCH*BGN 4/19*LATE FILED CLAIM*ALLOWED/OE | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  8318 |
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br>DALLAS, TX  75356 | Trustee Claim Number:6   INT %: 5.00%<br>Court Claim Number:1<br>CLAIM:  17,845.93<br>COMMENT:  $CL-PL@5%/PL*910/PL~DKT*TTLD*NTC-RSV | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  8917 |
| **THE MONEY SOURCE INC**<br>500 SOUTH BROAD ST STE 100A<br>MERIDEN, CT  06450 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:8<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL-PL*DKT4PMT-LMT*BGN 4/19 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  2267 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0510 |
| **FIRST PREMIER BANK**<br>POB 5114<br>SIOUX FALLS, SD  57117 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7007 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM:  3,740.70<br>COMMENT:  1914/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4719 |

# CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MED EXPRESS**<br>POB 7964<br>BELFAST, ME 04915 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8388 |
| **SOUTHWESTERN ENDOSCOPY CENTER**<br>300 SPRING CREEK LN LOWER LVL<br>UNIONTOWN, PA 15401 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7901 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~LAWSUIT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2019 |
| **CAVALRY PORTFOLIO SERVICES LLC(*)**<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA 26501-7209 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TRANSWORLD SYSTEMS INC**<br>500 VIRGINIA DR STE 514<br>FORT WASHINGTON, PA 19034-2707 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **KEIFER AND TSAROUHIS LLP**<br>21 S 9TH ST STE 200<br>ALLENTOWN, PA 18102 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CHRISTINA CASSIN**<br>927 NEWELL RD<br>FAYETTE CITY, PA 15438 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ONE MAIN FINANCIAL SERVICES INC A/S/F SPR**<br>C/O ONE MAIN(*)<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 8,063.01<br>COMMENT: NO GEN UNS/SCH*W/4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1574 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 1,450.73<br>COMMENT: NT/SCH*CARE CREDIT/SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8097 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **US DEPARTMENT OF HUD****<br>2401 NW 23RD ST STE 1A1<br>OKLAHOMA CITY, OK 73107 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 0.00<br>COMMENT: NO PMTS DUE/PL*44516.33/CL | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 4445 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 0.00<br>COMMENT: SOLD*CL=$2643.19*$/CL-PL*LATE*2ND | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7700 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 0.00<br>COMMENT: SOLD CL=$3493.27*$/CL-PL*1ST/SCH*THRU 3/19*LATE FILED CLAIM | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8318 |
| **THE MONEY SOURCE INC**<br>500 SOUTH BROAD ST STE 100A<br>MERIDEN, CT 06450 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 8,749.47<br>COMMENT: $/CL-PL*THRU 3/19 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2267 |
| **QUANTUM3 GROUP LLC AGNT - SECOND ROUN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 1,043.02<br>COMMENT: NT/SCH*COMENITY~BON TON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4988 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 185.45<br>COMMENT: NT/SCH*UPCI CANCER SERVICES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0289 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 0.00<br>COMMENT: REF 3005274585*NT/SCH*FINGERHUT~BLUESTREAM*STEL CL 132.51 W/D*DOC 15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7807 |
| **THOMAS SONG ESQ FOR JODI L HAUSE ESQ FF**<br>1617 JFK BLVD STE 1400<br>PHILADELPHIA, PA 19103 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: THE MONEY STORE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MANLEY DEAS KOCHALSKI LLC**<br>PO BOX 165028<br>COLUMBUS, OH 43216-5028 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **RAS CITRON LLC**<br>130 CLINTON RD STE 202<br>FAIRFIELD, NJ 07004 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DITECH FNCL/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  MONEY SOURCE/PRAE | |
| **RONDA J WINNECOUR PA ID #30399**** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  FEES ON DIRECT PAYMENTS |
| ATTN DIRECT FEES CLERK | Court Claim Number: | ACCOUNT NO.:  FEES/OE |
| US STEEL TWR STE 3250 | | |
| 600 GRANT ST | CLAIM:  444.56 | |
| PITTSBURGH, PA  15219 | COMMENT:  SEE DKT FOR DETAILS | |
| **CREDIT ACCEPTANCE CORP*** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| ATTN: BANKRUPTCY DEPT* | Court Claim Number: | ACCOUNT NO.: |
| 25505 W 12 MILE RD STE 3000* | | |
| | CLAIM:  0.00 | |
| SOUTHFIELD, MI  48034-8339 | COMMENT:  AP PMTS/OE*PMT/RPT OF FINANCE*BGN 4/23*DKT | |