2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-20959-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Glen H. Green<br>923 Newell Road<br>Fayette City PA 15438 | Esther L. Green<br>923 Newell Road<br>Fayette City PA 15438 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/16/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: The Money Source, 500 S. Broad Street-Suite 100A, Meriden, CT 06450 | Allied First Bank, SB dba Servbank<br>3138 E Elwood St<br>Phoenix, Arizona 85034 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/19/23

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20959-GLT |
| Glen H. Green | Chapter 13 |
| Esther L. Green | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 17, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15009471 | + Email/Text: BK@servicingdivision.com | Apr 17 2023 23:41:00 | The Money Source, 500 S. Broad Street-Suite 100A, Meriden, CT 06450-6755 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2023         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE MONEY SOURCE INC. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor The Money Source Inc. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| Daniel R. White | on behalf of Debtor Glen H. Green lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Esther L. Green lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 17, 2023 | Form ID: trc | Total Noticed: 1 |

Denise Carlon
    on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com

Lauren Berschler Karl
    on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com  lbkarl03@yahoo.com

Maria Miksich
    on behalf of Creditor The Money Source Inc. mmiksich@kmllawgroup.com

Maria Miksich
    on behalf of Creditor THE MONEY SOURCE INC. mmiksich@kmllawgroup.com

Mario J. Hanyon
    on behalf of Creditor THE MONEY SOURCE INC. wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sheetal Ramesh Shah-Jani
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION sshahjani@rascrane.com

Sheetal Ramesh Shah-Jani
    on behalf of Creditor PNC Bank  N.A. sshahjani@rascrane.com

Stephen Russell Franks
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

Thomas Song
    on behalf of Creditor THE MONEY SOURCE INC. pawb@fedphe.com

TOTAL: 16