File No.: 4921-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 19-20959 GLT |
| | : | |
| Glen H. Green and Esther L. Green, | : | Chapter 13 |
| | : | |
| Debtors. | : | Document No. |
| | : | |
| Glen H. Green and Esther L. Green, | : | Related to Document No. |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Santander Consumer USA and Ronda J. Winnecour, Trustee, | : | |
| | : | |
| Respondent. | | |

CERTIFICATE OF SERVICE OF MOTION TO ALLOW TRUSTEE TO PAYOFF SECURED CLAIM NO. 1 OF SANTANDER CONSUMER USA WITH INSURANCE PROCEEDS AND <u>USE EXCESS FUNDS AS GENERAL PLAN FUNDING</u>

    I, Daniel R. White, Attorney for Debtors, certify that I caused to be served on the 2nd day of June, 2023, a copy of the Motion to Allow Trustee to Payoff Secured Claim No. 1 of Santander Consumer USA with Insurance Proceeds and Use Excess Funds as General Plan Funding, Proposed Order and the Notice of Hearing with Response Deadline by mail upon, Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-1245.

    Method of Service: First class, postage prepaid
    Total number of parties served: 1
    Number of pages sent per party: 3
    Date executed: June 2, 2023

    ZEBLEY, MEHALOV & WHITE, P.C.
    BY

    <u>/s/ Daniel R. White</u>
    Daniel R. White, Esquire
    PA I.D. No. 78718
    P.O. Box 2123
    Uniontown, PA 15401
    (724) 439-9200
    Email:  dwhite@Zeblaw.com
    Attorney for Debtors