Certificate Number: 03088-PAW-DE-040565586

Bankruptcy Case Number: 19-20959



03088-PAW-DE-040565586

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 30, 2026, at 1:03 o'clock PM CST, Esther L Green completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: January 30, 2026

By: /s/Ana  Avalos

Name: Ana  Avalos

Title: Counselor