**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                          Case No. 19-20959-GLT
                                                Chapter 13

Glen H. Green
Esther L. Green

Debtor(s).

## NOTICE OF APPEARANCE

**Lakeview Loan Servicing, LLC**, a Secured Creditor in the above styled proceeding, hereby
requests that all matters which must be noticed to creditors, any creditors' committees, and any
other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any
other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests
that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
      Steven K. Eisenberg, Esquire
      Bar No: 75736
      Stern & Eisenberg, PC
      1581 Main Street, Ste. 200
      The Shops at Valley Square
      Warrington, PA 18976
      Phone: 215-572-8111
      Fax: 215-572-5025
      seisenberg@sterneisenberg.com
      Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 24th day of February, 2026, to the following:

Daniel R White
Calaiaro Valencik
8 Nickman Plaza
Lemont Furnace, PA 15456
dwhite@c-vlaw.com
**Attorney for Debtor(s)**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
**Chapter 13 Trustee**

U.S. Trustee
Liberty Center
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
**U.S. Trustee**

and by standard first class mail postage prepaid to:

Glen H. Green
923 Newell Road
Fayette City, PA 15438

Esther L. Green
923 Newell Road
Fayette City, PA 15438
**Debtor(s)**

By:        /s/ Steven K. Eisenberg
           Steven K. Eisenberg, Esquire