B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

| | |
|---|---|
| IN RE: | : |
| Glen H. Green | : |
| Esther L. Green | : Case No. 19-20959-GLT |
| | : Chapter 13 |
| Debtor(s) | : |
| | : |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Lakeview Loan Servicing, LLC C/O LoanCare, LLC <br><br> Name of Transferee | The Money Source, Inc. <br><br> Name of Transferor |
| Name and Address where notices to transferee should be sent: <br><br> LoanCare, LLC <br> 3637 Sentara Way, <br> Virginia Beach, VA  23452 | Court Claim # (if known):  8 <br><br> Amount of Claim: $108,993.16 <br><br> Date Claim Filed:  05/20/2019 |
| Phone: 800-909-9525 | Phone: 866-867-0330 |
| Last Four Digits of Acct #: XXXXXX6798 | Last Four Digits of Acct. #: 2267 |
| Name and Address where transferee payments should be sent (if different from above): <br><br> LoanCare, LLC <br> PO BOX 8068, <br> Virginia Beach, VA    23450 | |
| Phone: 800-909-9525 | |
| Last Four Digits of Acct #: XXXXXX6798 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Daniel P. Jones                              Date: March 3, 2026
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## Certificate of Service

I hereby certify that a copy of the foregoing Transfer of Claim was served on the parties listed below by electronic means via the Court's CM/ECF notification system on this date March 3, 2026

Daniel R. White
8 Nickman Plaza
Lemont Furnace, PA 15456
dwhite@c-vlaw.com
***Counsel for Debtor***

Office of the U.S. Trustee
Liberty Center
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
***U.S. Trustee***

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
***Chapter13 Trustee***

And by standard first-class mail postage prepaid to:

Glen H. Green
923 Newell Road
Fayette City, PA 15438

Esther L. Green
923 Newell Road
Fayette City, PA 15438
***Debtors***

Respectfully submitted,

*/s/ Daniel P. Jones*
Daniel P. Jones (Bar No.321876)
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: (215) 572-8111
Fax: (215) 572-5025
Attorney for Creditor