2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-20959-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Glen H. Green
923 Newell Road
Fayette City PA 15438

Esther L. Green
923 Newell Road
Fayette City PA 15438

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/03/2026.

Name and Address of Alleged Transferor(s):

Claim No. 8: Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034

Name and Address of Transferee:

Lakeview Loan Servicing, LLC
c/o LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/19/26

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20959-GLT |
| Glen H. Green | Chapter 13 |
| Esther L. Green | |
| Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 17, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16561768 | + Email/Text: BK@servicingdivision.com | Mar 18 2026 01:33:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |

TOTAL: 1

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Daniel Philip Jones | on behalf of Creditor LakeView Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel R. White | on behalf of Joint Debtor Esther L. Green r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Mar 17, 2026                       Form ID: trc                            Total Noticed: 1

Daniel R. White
                on behalf of Debtor Glen H. Green r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

Denise Carlon
                on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com

Denise Carlon
                on behalf of Creditor THE MONEY SOURCE INC. dcarlon@kmllawgroup.com

Lauren Berschler Karl
                on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com  lbkarl03@yahoo.com

Maria Miksich
                on behalf of Creditor The Money Source Inc. mmiksich@kmllawgroup.com

Maria Miksich
                on behalf of Creditor THE MONEY SOURCE INC. mmiksich@kmllawgroup.com

Mario J. Hanyon
                on behalf of Creditor THE MONEY SOURCE INC. wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

Sheetal Ramesh Shah-Jani
                on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION sshahjani@rascrane.com

Sheetal Ramesh Shah-Jani
                on behalf of Creditor PNC Bank  N.A. sshahjani@rascrane.com

Steven K. Eisenberg
                on behalf of Creditor LakeView Loan Servicing  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas Song
                on behalf of Creditor THE MONEY SOURCE INC. pawb@fedphe.com


TOTAL: 17