IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Glen H. Green and Esther L. Green, | : | Case No. 19-20959 GLT |
| Debtors. | : | Document No. |
| Glen H. Green and Esther L. Green, | : | |
| Movants, | : | |
| vs. | : | |
| Ronda J. Winnecour, | : | |
| Respondent. | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW come the Debtors, Glen H. Green and Esther L. Green, by and through their counsel, Calaiaro Valencik, P.C., and certifies under penalty of perjury that the following statements are true and correct:

1.    The Debtors have made all payments required by the Chapter 13 Plan.

2.    Debtors are not required to pay any Domestic Support Obligations.

3.    The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code.  Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.    On January 30, 2026, at docket numbers 201 and 202, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by:  Debtors carefully examined     and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: April 27, 2026

/s/ Glen H. Green
       Glen H. Green, Debtor


/s/ Esther L. Green
       Esther L. Green, Joint Debtor


CALAIARO VALENCIK, P.C.

BY: /s/ Daniel R. White
       Daniel R. White, Esquire
       PA I.D. No. 78718
       8 Nickman Plaza
       Lemont Furnace, PA 15456
       724-719-9388
       dwhite@c-vlaw.com
       Attorney for Debtors