File No.: 4921-002

FILED
5/7/26 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Glen H. Green & Esther L. Green, | : | Case No. 19-20959 GLT |
| | : | |
| Debtors, | : | Document No.  212 |
| | : | |
| Daniel R. White, Esquire and Calaiaro | : | |
| Valencik, P.C., | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| All Creditors on Mailing Matrix and | : | |
| Ronda J. Winnecour, Trustee, | : | |
| | | |
| Respondents. | | |

MODIFIED DEFAULT
### ORDER FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

And now, this ____7th____ day of _____May_____, 2026, the Application of Daniel R. White and Calaiaro Valencik, P.C. for Final Compensation and Reimbursement of Expenses as Counsel for the Debtors is approved for the total amount of $16,173.36 for services rendered on behalf of the Debtors for the period from October 4, 2018 through April 14, 2026, which represents $15,325 in attorney fees and $848.36 in costs.   The fees/costs balance of $12,173.36, remains and shall be paid by the Chapter 13 Trustee.[1]

Any fees/costs balance approved by this Order, beyond the amounts approved in prior confirmed plans, shall be paid after and shall not reduce any monies due to creditors under the confirmed plan including the distribution to unsecured creditors up to the plan base. To the extent that funds have been paid by or on behalf of the Debtors beyond the plan base, the Chapter 13 Trustee is authorized to increase the plan base to be used solely to pay the attorney fees and costs approved by this Order.

If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full, Counsel for the Debtors has agreed to be paid from monies already paid by or on behalf of the Debtors to the Trustee and allow the case to be closed without requiring additional payments by the Debtors.

[Order prepared by Daniel R. White, Esq.]

DEFAULT ENTRY
Dated: 5/7/26

By the Court,

_____
United States Bankruptcy Judge

---

[1]     The application is reduced by $567.50 to account for (i) the difference of $230 between the amount listed in the proposed order and the aggregate total from the attached invoices; and (ii) a reduction of $337.50 because the 2.7 hours of travel time was not billed at 1/2 of the professional's hourly rate

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                               Case No. 19-20959-GLT

Glen H. Green                                                                         Chapter 13

Esther L. Green

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb         + Glen H. Green, Esther L. Green, 923 Newell Road, Fayette City, PA 15438-1159

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

**Name              Email Address**

Adam Bradley Hall

      on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com

Charles Griffin Wohlrab

      on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkecf@friedmanvartolo.com
      cwohlrab@ecf.courtdrive.com

Daniel Philip Jones

      on behalf of Creditor LakeView Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

Daniel R. White

      on behalf of Joint Debtor Esther L. Green r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

Daniel R. White

      on behalf of Debtor Glen H. Green r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com

Lauren Berschler Karl

District/off: 0315-2                   User: auto                                          Page 2 of 2
Date Rcvd: May 07, 2026                Form ID: pdf900                                Total Noticed: 1

on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com  lbkarl03@yahoo.com

Maria Miksich

on behalf of Creditor The Money Source Inc. mmiksich@kmllawgroup.com

Maria Miksich

on behalf of Creditor THE MONEY SOURCE INC. mmiksich@kmllawgroup.com

Mario J. Hanyon

on behalf of Creditor THE MONEY SOURCE INC. wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Matthew Fissel

on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Matthew Fissel

on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Sheetal Ramesh Shah-Jani

on behalf of Creditor PNC Bank  N.A. sshahjani@rascrane.com

Sheetal Ramesh Shah-Jani

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION sshahjani@rascrane.com

Steven K. Eisenberg

on behalf of Creditor LakeView Loan Servicing  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas Song

on behalf of Creditor THE MONEY SOURCE INC. pawb@fedphe.com


TOTAL: 17