**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **GLEN H. GREEN** |
| Debtor 2 (Spouse, if filing) | **ESTHER L. GREEN** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number | **19-20959GLT** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   LAKEVIEW LOAN SERVICING LLC

**Court claim no.**   (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account:   2  2  6  7

**Property Address:**   923 NEWELL RD
Number        Street

FAYETTE CITY                          PA      15438
City                                              State     ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:   Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 8,749.47 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 8,749.47 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 8,749.47 |

| Part 4: | Postpetition Payment |
|---------|---------------------|

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $        91,342.08

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on March 2026. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---------|------------------------------------------|

 Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $          -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---------|--------------------------------------------------------|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✖ /s/ Ronda J. Winnecour                                              Date    05/28/2026
_____
Signature

Trustee      Ronda J. Winnecour
             _____
             First Name        Middle Name        Last Name

Address      CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
             _____
             Number       Street

             PITTSBURGH                              PA      15219
             _____
             City                                State    ZIP Code

Contact phone   (412) 471-5566                Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **GREEN** | | Case Number **19-20959GLT** | Page 1 |
| | Name | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 8 | SERVBANK SB | 06/25/2024 | 1304214 | Amounts Disbursed To Creditor | 1,034.22 |
| 8 | SERVBANK SB | 07/25/2024 | 1306830 | Amounts Disbursed To Creditor | 1,095.95 |
| 8 | SERVBANK SB | 08/26/2024 | 1309377 | Amounts Disbursed To Creditor | 1,095.95 |
| 8 | SERVBANK SB | 09/25/2024 | 1311975 | Amounts Disbursed To Creditor | 1,095.95 |
| 8 | SERVBANK SB | 10/25/2024 | 1314499 | Amounts Disbursed To Creditor | 1,095.95 |
| 8 | SERVBANK SB | 11/25/2024 | 1317074 | Amounts Disbursed To Creditor | 1,095.95 |
| 8 | SERVBANK SB | 12/23/2024 | 1319459 | Amounts Disbursed To Creditor | 1,095.95 |
| 8 | SERVBANK SB | 01/28/2025 | 1321961 | Amounts Disbursed To Creditor | 1,066.68 |
| 8 | SERVBANK SB | 02/25/2025 | 1324375 | Amounts Disbursed To Creditor | 72.87 |
| | | | | Total for Claim Number 8: | 8,749.47 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **8,749.47** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 8 | THE MONEY SOURCE INC | 07/29/2019 | 1127223 | Amounts Disbursed To Creditor | 1,786.41 |
| 8 | THE MONEY SOURCE INC | 08/27/2019 | 1130708 | Amounts Disbursed To Creditor | 932.55 |
| 8 | THE MONEY SOURCE INC | 10/24/2019 | 1137342 | Amounts Disbursed To Creditor | 948.47 |
| 8 | THE MONEY SOURCE INC | 11/25/2019 | 1140797 | Amounts Disbursed To Creditor | 959.27 |
| 8 | THE MONEY SOURCE INC | 01/28/2020 | 1147647 | Amounts Disbursed To Creditor | 874.71 |
| 8 | THE MONEY SOURCE INC | 03/23/2020 | 1154663 | Amounts Disbursed To Creditor | 996.49 |
| 8 | THE MONEY SOURCE INC | 04/27/2020 | 1158116 | Amounts Disbursed To Creditor | 969.55 |
| 8 | THE MONEY SOURCE INC | 05/26/2020 | 1161449 | Amounts Disbursed To Creditor | 969.44 |
| 8 | THE MONEY SOURCE INC | 11/24/2020 | 1180007 | Amounts Disbursed To Creditor | 1,311.58 |
| 8 | THE MONEY SOURCE INC | 03/26/2021 | 1192380 | Amounts Disbursed To Creditor | 1,531.90 |
| 8 | THE MONEY SOURCE INC | 05/25/2021 | 1198730 | Amounts Disbursed To Creditor | 1,533.98 |
| 8 | THE MONEY SOURCE INC | 08/26/2021 | 1208259 | Amounts Disbursed To Creditor | 2,772.37 |
| 8 | THE MONEY SOURCE INC | 10/25/2021 | 1214434 | Amounts Disbursed To Creditor | 430.42 |
| 8 | THE MONEY SOURCE INC | 12/23/2021 | 1220546 | Amounts Disbursed To Creditor | 1,521.28 |
| 8 | THE MONEY SOURCE INC | 01/26/2022 | 1223597 | Amounts Disbursed To Creditor | 568.31 |
| 8 | THE MONEY SOURCE INC | 02/23/2022 | 1226454 | Amounts Disbursed To Creditor | 994.65 |
| 8 | THE MONEY SOURCE INC | 03/25/2022 | 1229447 | Amounts Disbursed To Creditor | 2,020.37 |
| 8 | THE MONEY SOURCE INC | 05/25/2022 | 1235517 | Amounts Disbursed To Creditor | 1,335.78 |
| 8 | THE MONEY SOURCE INC | 06/27/2022 | 1238541 | Amounts Disbursed To Creditor | 1,392.49 |
| 8 | THE MONEY SOURCE INC | 07/26/2022 | 1241478 | Amounts Disbursed To Creditor | 1,405.77 |
| 8 | THE MONEY SOURCE INC | 08/24/2022 | 1244346 | Amounts Disbursed To Creditor | 1,418.90 |
| 8 | THE MONEY SOURCE INC | 09/27/2022 | 1247234 | Amounts Disbursed To Creditor | 1,431.90 |
| 8 | THE MONEY SOURCE INC | 10/25/2022 | 1250026 | Amounts Disbursed To Creditor | 1,444.76 |
| 8 | THE MONEY SOURCE INC | 02/23/2023 | 1260863 | Amounts Disbursed To Creditor | 2,562.61 |
| 8 | THE MONEY SOURCE INC | 03/28/2023 | 1263664 | Amounts Disbursed To Creditor | 3,218.81 |
| 8 | ALLIED FIRST BANK SB D/B/A SERVB/ | 04/25/2023 | 1264296 | Amounts Disbursed To Creditor | 1,926.99 |
| 8 | ALLIED FIRST BANK SB D/B/A SERVB/ | 05/25/2023 | 1267071 | Amounts Disbursed To Creditor | 5,233.29 |
| 8 | ALLIED FIRST BANK SB D/B/A SERVB/ | 06/26/2023 | 1269992 | Amounts Disbursed To Creditor | 1,909.52 |
| 8 | ALLIED FIRST BANK SB D/B/A SERVB/ | 07/25/2023 | 1272866 | Amounts Disbursed To Creditor | 2,126.72 |
| 8 | ALLIED FIRST BANK SB D/B/A SERVB/ | 08/25/2023 | 1275602 | Amounts Disbursed To Creditor | 2,085.55 |
| 8 | ALLIED FIRST BANK SB D/B/A SERVB/ | 09/26/2023 | 1278398 | Amounts Disbursed To Creditor | 2,046.61 |
| 8 | ALLIED FIRST BANK SB D/B/A SERVB/ | 10/25/2023 | 1281117 | Amounts Disbursed To Creditor | 2,009.92 |
| 8 | ALLIED FIRST BANK SB D/B/A SERVB/ | 11/27/2023 | 1283798 | Amounts Disbursed To Creditor | 1,975.62 |
| 8 | ALLIED FIRST BANK SB D/B/A SERVB/ | 12/21/2023 | 1286464 | Amounts Disbursed To Creditor | 1,956.12 |
| 8 | ALLIED FIRST BANK SB D/B/A SERVB/ | 01/26/2024 | 1289033 | Amounts Disbursed To Creditor | 1,923.63 |
| 8 | SERVBANK SB | 02/26/2024 | 1293669 | Amounts Disbursed To Creditor | 1,917.82 |
| 8 | SERVBANK SB | 03/26/2024 | 1296329 | Amounts Disbursed To Creditor | 1,964.63 |
| 8 | SERVBANK SB | 04/25/2024 | 1298986 | Amounts Disbursed To Creditor | 1,947.52 |
| 8 | SERVBANK SB | 05/29/2024 | 1301693 | Amounts Disbursed To Creditor | 1,933.92 |
| 8 | SERVBANK SB | 06/25/2024 | 1304214 | Amounts Disbursed To Creditor | 1,180.95 |
| 8 | SERVBANK SB | 07/25/2024 | 1306830 | Amounts Disbursed To Creditor | 1,158.84 |
| 8 | SERVBANK SB | 08/26/2024 | 1309377 | Amounts Disbursed To Creditor | 1,158.84 |
| 8 | SERVBANK SB | 09/25/2024 | 1311975 | Amounts Disbursed To Creditor | 1,158.84 |
| 8 | SERVBANK SB | 10/25/2024 | 1314499 | Amounts Disbursed To Creditor | 1,158.84 |
| 8 | SERVBANK SB | 11/25/2024 | 1317074 | Amounts Disbursed To Creditor | 1,158.84 |
| 8 | SERVBANK SB | 12/23/2024 | 1319459 | Amounts Disbursed To Creditor | 1,158.84 |
| 8 | SERVBANK SB | 01/28/2025 | 1321961 | Amounts Disbursed To Creditor | 1,188.11 |
| 8 | SERVBANK SB | 02/25/2025 | 1324375 | Amounts Disbursed To Creditor | 1,188.11 |
| 8 | SERVBANK SB | 03/26/2025 | 1326890 | Amounts Disbursed To Creditor | 1,188.11 |
| 8 | SERVBANK SB | 04/25/2025 | 1329354 | Amounts Disbursed To Creditor | 1,188.11 |
| 8 | SERVBANK SB | 05/23/2025 | 1331751 | Amounts Disbursed To Creditor | 1,188.11 |
| 8 | SERVBANK SB | 06/25/2025 | 1334205 | Amounts Disbursed To Creditor | 1,188.11 |
| 8 | SERVBANK SB | 07/25/2025 | 1336674 | Amounts Disbursed To Creditor | 1,188.11 |

| Debtor 1 | **GREEN** | Case Number **19-20959GLT** | Page 2 |
|---|---|---|---|
| | Name | | |

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 8 | SERVBANK NA | 08/26/2025 | 1339076 | Amounts Disbursed To Creditor | 1,188.11 |
| 8 | SERVBANK NA | 09/25/2025 | 1341489 | Amounts Disbursed To Creditor | 1,188.11 |
| 8 | SERVBANK NA | 10/24/2025 | 1343965 | Amounts Disbursed To Creditor | 1,188.11 |
| 8 | SERVBANK NA | 11/21/2025 | 1346251 | Amounts Disbursed To Creditor | 1,188.11 |
| 8 | SERVBANK NA | 12/23/2025 | 1348623 | Amounts Disbursed To Creditor | 1,188.11 |
| 8 | SERVBANK NA | 01/27/2026 | 1351003 | Amounts Disbursed To Creditor | 1,188.11 |
| 8 | SERVBANK NA | 02/24/2026 | 1353364 | Amounts Disbursed To Creditor | 1,472.03 |
| | | | | Total for Claim Number 8: | 91,342.08 |

**Total for Part 4 - a (Postpetition Payments):** **91,342.08**

**Certificate of Service**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

GLEN H. GREEN
ESTHER L. GREEN
923 NEWELL ROAD
FAYETTE CITY, PA  15438

DANIEL R WHITE ESQ
CALAIARO VALENCIK**
8 NICKMAN PLAZA
LEMONT FURNACE, PA  15456

STERN & EISENBERG LP
1581 MAIN ST STE 200
THE SHOPPES AT VALLEY SQUARE
WARRINGTON, PA  18976

LAKEVIEW LOAN SERVICING LLC
C/O LOANCARE LLC
3637 SENTARA WAY
VIRGINIA BEACH, VA  23452

LAKEVIEW LOAN SERVICING LLC
C/O LOANCARE LLC
PO BOX 8068
VIRGINIA BEACH, VA  23450

Dated: 05/28/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee