**Fill in this information to identify the case:**

Debtor 1_____Glen H. Green_____

Debtor 2_____Esther L. Green_____
(Spouse, if filing)

United States Bankruptcy Court for the: __Western District of Pennsylvania__
(State)

Case number_____19-20959-GLT_____

Official Form 410C13-NR

# AMENDED Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1:   Mortgage Information

**Name of claim holder** Lakeview Loan Servicing, LLC C/O LoanCare, LLC      **Court claim no.** (if known):      8

**Last 4 digits** of any number you use to identify the debtor's account:  6798

**Property address:**

923 Newell Road
Fayette City, PA 15438

## Part 2:   Arrearages

The total amount received to cure any arrearages as of the date of this response:      **$8,749.47**

*Check all that apply:*

☑ The amount required to cure any prepetition arrearage has been paid in full. .

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid
as of the date of this response:      $_____

X  The amount required to cure any postpetition arrearage has been paid in full. .

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid
as of the date of this response:      $_____

## Part 3:   Postpetition Payment

*(a)  Check all that apply:*

☑ The debtor is current on all postpetition payments, including all fees, charges, expenses,
escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor
is obligated for the postpetition payment(s) that first became due on: ___/___/___

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b)  The claim older attaches a payoff statement and provides the following information as of the
date of this response:

|  |  |  |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 06/02/2026 |
| ii. | Date next postpetition payment from the debtor is due: | 06/01/2026 |
| iii. | Amount of the next postpetition payment that is due: | $1,282.75 |
| iv. | Unpaid principal balance of the loan: | $88,140.20 |

|  |  |  |
|---|---|---|
| v. | Additional amounts due for any deferred or accrued interest: | $537.94 |
| vi. | Balance of the escrow account: | ($1,540.31) |
| vii. | Balance of unapplied funds or funds held in a suspense account: | ($1,154.10) |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $0.00 |

Debtor 1        Glen H. Green                                    Case number (*if known*) 19-20959-GLT

## Part 4:   Itemized payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5:   Sign Here

The person completing this response must sign it. Check the appropriate box:

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief:**

X    /s/ Daniel P. Jones            Date  June 24, 2026
     Signature

Name:           Daniel P.                              Jones
            First Name      Middle Name      Last Name

Title:     Attorney for Creditor

Company    Stern & Eisenberg, PC
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address:

           1581 Main Street, Suite 200
           The Shops at Valley Square
           Warrington, PA 18976

Contact phone  (215) 572-8111                    Email:     djones@sterneisenberg.com

Official Form 410C13-NR          **Response to Trustee's Notice of Disbursements Made**          page 2

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date.

Date:  June 24, 2026

Daniel R White
Calaiaro Valencik
8 Nickman Plaza
Lemont Furnace, PA 15456
dwhite@c-vlaw.com
*Counsel for Debtor*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Liberty Center
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Glen H. Green
923 Newell Road
Fayette City, PA 15438

Esther L. Green
923 Newell Road
Fayette City, PA 15438
*Debtor(s)*

By:    */s/ Daniel P. Jones*
          Daniel P. Jones, Bar No: 321876
          Stern & Eisenberg, PC
          djones@sterneisenberg.com
          Counsel for Movant