**Fill in this information to identify the case:**

Debtor 1_____Glen H. Green_____

Debtor 2_____Esther L. Green_____
(Spouse, if filing)

United States Bankruptcy Court for the: __Western District of Pennsylvania__
                                                                    (State)

Case number      19-20959-GLT

## Official Form 410C13-NR

# AMENDED Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1:   Mortgage Information

**Name of claim holder** Lakeview Loan Servicing, LLC C/O LoanCare, LLC      **Court claim no.** (if known):      8

**Last 4 digits** of any number you use to identify the debtor's account:   6798

**Property address:**

   **923 Newell Road**
   **Fayette City, PA 15438**

## Part 2:   Arrearages

The total amount received to cure any arrearages as of the date of this response:      **$8,749.47**

*Check all that apply:*

☑ The amount required to cure any prepetition arrearage has been paid in full. .

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid
    as of the date of this response:     $_____

X  The amount required to cure any postpetition arrearage has been paid in full. .

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid
    as of the date of this response:     $_____

## Part 3:   Postpetition Payment

*(a)  Check all that apply:*

☑ The debtor is current on all postpetition payments, including all fees, charges, expenses,
    escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor
    is obligated for the postpetition payment(s) that first became due on: ___/___/___

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b)  The claim older attaches a payoff statement and provides the following information as of the
      date of this response:

|   |   |   |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 06/02/2026 |
| ii. | Date next postpetition payment from the debtor is due: | 06/01/2026 |
| iii. | Amount of the next postpetition payment that is due: | $1,282.75 |
| iv. | Unpaid principal balance of the loan: | $88,140.20 |

| | | |
|---|---|---|
| v. | Additional amounts due for any deferred or accrued interest: | $537.94 |
| vi. | Balance of the escrow account: | ($1,540.31) |
| vii. | Balance of unapplied funds or funds held in a suspense account: | ($1,154.10) |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $0.00 |

Debtor 1 _____Glen H. Green_____                    Case number (*if known*)19-20959-GLT

## Part 4:   Itemized payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5:   Sign Here

The person completing this response must sign it. Check the appropriate box:

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief:**

X   /s/ Daniel P. Jones_____          Date  June 24, 2026
    Signature

Name:        _____Daniel P._____Jones_____
             First Name      Middle Name      Last Name

Title:     Attorney for Creditor

Company    Stern & Eisenberg, PC_____
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address:
           1581 Main Street, Suite 200
           The Shops at Valley Square
           Warrington, PA 18976

Contact phone  (215) 572-8111_____          Email:      djones@sterneisenberg.com_____

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date.

Date:  June 24, 2026

Daniel R White
Calaiaro Valencik
8 Nickman Plaza
Lemont Furnace, PA 15456
dwhite@c-vlaw.com
***Counsel for Debtor***

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
***Chapter13 Trustee***

Office of the U.S. Trustee
Liberty Center
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Glen H. Green
923 Newell Road
Fayette City, PA 15438

Esther L. Green
923 Newell Road
Fayette City, PA 15438
***Debtor(s)***

By:    */s/  Daniel P. Jones*
     Daniel P. Jones, Bar No: 321876
     Stern & Eisenberg, PC
     djones@sterneisenberg.com
     Counsel for Movant

LAKEVIEW LOAN SERVICING LLC
3637 Sentara Way
Virginia Beach        VA 23452                          PAYOFF STATEMENT

                                          Request Date:        06-23-26

Glen H Green
Esther L Green                            Issue Date:          06-23-26
8 Nickman Plaza
Lemont Furnace PA 15456



                                          Payoff Good
                                          Through Date:        06-23-26

                                          Property Address:
                                          923 Newell Rd
                                          Fayette City PA 15438
_____     _____
PAYOFF AMOUNT INFORMATION                 CONTACT US
This loan is due for the                  Customer Service
June 01, 2026 payment.                       (800)509-0183*
The current total unpaid principal        *Calls are monitored and recorded
balance is:             $       88,140.20  to ensure quality service.

   FROM      THRU      RATE      INTEREST
05/01/26 06/22/26  4.25000       537.94


Interest:              $         537.94
Less Current Escrow
Balance:               $       -1,540.31  Hours
Suspense Balance:      $       -1,154.10  Monday-Friday: 8 a.m. to 9 p.m. ET
Total Fees and Charges:$          77.77   Saturday: 8 a.m. to 3 p.m. ET
                                          Website:
TOTAL AMOUNT TO PAY IN FULL:$ 86,061.50 HTTPS://LAKEVIEWLOANSERVICING.MYLOANCAR
-->E.COM
_____
CONTRACTUAL AND OTHER FEES AND CHARGES DUE
PRO RATA PMI:          $          77.77  Prepayment penalty:$            .00
Processing/Recording:  $            .00  Revision Fee:      $            .00
Escrow/Impound                           Statement Fee:     $            .00
 Overdraft:            $            .00  Recoverable Corporate Advance
Buydown Subsidy/Replacement               Balance:          $            .00
 Reserve Balance:      $            .00  Other Fees Due:    $            .00
Unpaid Late Charges:   $            .00
Unpaid NSF Charges:    $            .00
_____
ESCROW INFORMATION
Escrow Balance:                                            $       1,540.31
Restricted Escrow:                                         $            .00
Please note that tax and insurance disbursements will continue to be made
during this payoff statement period. A refund of any remaining money will be
sent to your address of record within 15 business days of payment in full.

If you are relocating, please remember to update your address on our website which can be found on your most recent statement.

The payoff statement amount is accurate up to the date the statement is issued.

The total amount is good through 06-23-26. Please be advised that funds received after this date will be subject to an additional $ 10.26 per day. If this obligation is not paid-in-full by the payoff good through date, then an updated payoff amount must be obtained. Depending on the state law, a charge may be incurred for such a request. Issuance of this statement does not suspend the contractual requirements to make payments when due in in compliance with the terms of your note and security instrument. If payments are not made on or before the expiration of the grace period, a late charge of $ 20.67 will be assessed.

PAYOFF REMITTANCE INSTRUCTIONS HAVE BEEN INCLUDED FOR YOUR REFERENCE.

                     PAYOFF PROCEDURE DISCLOSURE

Borrower:  Glen H Green
           Esther L Green

Address:  923 Newell Rd
          Fayette City PA 15438

This is in reply to your 06-23-26 inquiry/request for payoff figures or offer to tender an amount to prepay in full your FHA-insured mortgage which this company is servicing.

This notice is to advise you of the procedure which will be followed to accomplish a full prepayment of your mortgage.

Lakeview Loan Servicing, Llc.  will:
[X] accept the full prepayment amount whenever it is paid and collect interest only to the date of that payment; or
[ ] only accept the prepayment on the first day of any month during the mortgage term; or accept the prepayment whenever tendered with interest paid to the first day of the month following the date prepayment is received;
[ ] require at least 30 days prior written notice of your intent to prepay the mortgage (for mortgages insured prior to August 2, 1985).

We consider that the 30-day written notice has not yet been complied with. NOTICE MUST BE IN WRITING;
[ ] consider that we have received notice of your intended prepayment and the 30-day notice began to run on _____ (date).

If you have any questions regarding this notice, please contact the Customer Service Department at (800)509-0183 Monday through Friday from 8:00 A.M. to 9:00 P.M. and Saturday from 8:00 A.M. to 3:00 P.M. Eastern Time.

Lakeview Loan Servicing, Llc.
Mortgagee

Attachment:  Payoff Statement