**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Glen H. Green | Social Security number or ITIN   xxx–xx–4836 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Esther L. Green | Social Security number or ITIN   xxx–xx–0289 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19–20959–GLT

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Glen H. Green                                   Esther L. Green

7/14/26                                   **By the court:** Gregory L Taddonio
                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                        **Chapter 13 Discharge**                        page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                     **Chapter 13 Discharge**                     page 2

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-20959-GLT |
|---|---|
| Glen H. Green | Chapter 13 |
| Esther L. Green | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2026 | Form ID: 3180W | Total Noticed: 40 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glen H. Green, Esther L. Green, 923 Newell Road, Fayette City, PA 15438-1159 |
| cr | + | LakeView Loan Servicing, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 15020081 | | AmTrust Bank c/o DiTech, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 15009464 | + | Mariner Finance, 5142 State Route 30--Suite 102, Greensburg, PA 15601-7864 |
| 15009465 | | MedExpress Billing, P.O. Box 7964, Belfast, ME 04915-7900 |
| 15009466 | + | Newell Federal Credit Union, P.O. Box 7, 309 Long Street, Newell, PA 15466-0007 |
| 15197025 | | PNC Bank, N.A., PO BOX 94982, CLEVELAND OH 44101 |
| 15009469 | | Southwestern Endoscopy Center, 300 Spring Creek Lane--Lower Level, Uniontown, PA 15401-9069 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 15 2026 05:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 15 2026 05:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BK@servicingdivision.com | Jul 15 2026 02:16:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 15 2026 02:16:00 | Ditech Financial LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | | EDI: JEFFERSONCAP.COM | Jul 15 2026 05:59:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | EDI: PRA.COM | Jul 15 2026 05:59:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BK@servicingdivision.com | Jul 15 2026 02:16:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: BK@servicingdivision.com | Jul 15 2026 02:16:00 | Servbank, SB, 3138 E Elwood St, Phoenix, AZ 85034-7210 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Jul 15 2026 02:16:00 | The Money Source Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 15591652 | + | Email/Text: BK@servicingdivision.com | Jul 15 2026 02:16:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 15009460 | | EDI: CAPITALONE.COM | Jul 15 2026 05:59:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

District/off: 0315-2                                         User: auto                                         Page 2 of 4
Date Rcvd: Jul 14, 2026                                  Form ID: 3180W                                  Total Noticed: 40

| 15009461 | + Email/Text: bankruptcy@cavps.com | Jul 15 2026 02:16:00 | Cavalry Portfolio Services, 500 Summit Lake Drive--Suite 400, Valhalla, NY 10595-1340 |
| 15021738 | + Email/Text: bankruptcy@cavps.com | Jul 15 2026 02:16:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15009462 | + EDI: CCUSA.COM | Jul 15 2026 05:59:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 15009463 | EDI: AMINFOFP.COM | Jul 15 2026 05:59:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 15053466 | EDI: JEFFERSONCAP.COM | Jul 15 2026 05:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 16642753 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 15 2026 02:16:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15064119 | + Email/Text: bankruptcy@marinerfinance.com | Jul 15 2026 02:16:00 | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15254768 | Email/Text: mtgbk@shellpointmtg.com | Jul 15 2026 02:16:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15009467 | EDI: AGFINANCE.COM | Jul 15 2026 05:59:00 | One Main Financial, P.O. Box 3251, Evansville, IN 47731-3251 |
| 15020082 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 15 2026 02:16:00 | PNC Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15045400 | EDI: Q3G.COM | Jul 15 2026 05:59:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15009468 | Email/Text: enotifications@santanderconsumerusa.com | Jul 15 2026 02:16:00 | Santander Consumer USA, Attn: Bankruptcy Dept., P.O. Box 560284, Dallas, TX 75356-0284 |
| 16561768 | + Email/Text: BK@servicingdivision.com | Jul 15 2026 02:16:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 15686930 | + Email/Text: BK@servicingdivision.com | Jul 15 2026 02:16:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 15009470 | + EDI: PRA.COM | Jul 15 2026 05:59:00 | Synchrony Bank, 25 SE 2nd Avenue--Suite 1120, Miami, FL 33131-1506 |
| 15009985 | + EDI: PRA.COM | Jul 15 2026 05:59:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15009471 | + Email/Text: BK@servicingdivision.com | Jul 15 2026 02:16:00 | The Money Source, 500 S. Broad Street-Suite 100A, Meriden, CT 06450-6755 |
| 15009472 | + Email/Text: bankruptcydepartment@tsico.com | Jul 15 2026 02:16:00 | Transworld Systems, Inc., 500 Virginia Drive--Suite 514, Fort Washington, PA 19034-2733 |
| 15009473 | + Email/Text: dht@pacollections.com | Jul 15 2026 02:16:00 | Tsarouhis Law Group, 21 South 9th Street--Suite 200, Allentown, PA 18102-4861 |
| 15022505 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 15 2026 02:23:09 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 15047089 | Email/Text: BNCnotices@dcmservices.com | Jul 15 2026 02:16:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Jul 14, 2026 | Form ID: 3180W | Total Noticed: 40

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | | THE MONEY SOURCE INC. |
| cr | *+ | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. Box 10826, Greenville, sc 29603-0826 |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Daniel Philip Jones | on behalf of Creditor LakeView Loan Servicing  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Daniel R. White | on behalf of Joint Debtor Esther L. Green r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Daniel R. White | on behalf of Debtor Glen H. Green r63228@notify.bestcase.com;kcostello@c-vlaw.com;ethomas@c-vlaw.com |
| Lauren Berschler Karl | on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com  lbkarl03@yahoo.com |
| Maria Miksich | on behalf of Creditor THE MONEY SOURCE INC. mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor The Money Source Inc. mmiksich@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor THE MONEY SOURCE INC. wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Matthew Fissel | on behalf of Creditor THE MONEY SOURCE INC. bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sheetal Ramesh Shah-Jani | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION sshahjani@rascrane.com |
| Sheetal Ramesh Shah-Jani | |

District/off: 0315-2                                User: auto                                          Page 4 of 4

Date Rcvd: Jul 14, 2026                         Form ID: 3180W                                  Total Noticed: 40

on behalf of Creditor PNC Bank  N.A. sshahjani@rascrane.com

Steven K. Eisenberg

on behalf of Creditor LakeView Loan Servicing  LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas Song

on behalf of Creditor THE MONEY SOURCE INC. pawb@fedphe.com


TOTAL: 17